# IN THE SUPREME COURT OF THE STATE OF NEVADA

SN TEAM, LLC,
Appellant,

vs.

US BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2016-CTT,
Respondent.

No. 82735

FILED

JUL 1 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because it appeared the district court had not entered a final appealable judgment, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes that there remain claims that need to be adjudicated against the remaining parties in order for jurisdiction to vest with this court pursuant to NRAP 3(g). This court lacks jurisdiction; appellant may appeal from a final order resolving the remaining claims. This court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Janet Trost, Settlement Judge
       Avalon Legal Group LLC
       McCarthy & Holthus, LLP/Las Vegas
       Eighth District Court Clerk